THE STATE OF OHIO, APPELLEE, v. SNOWDEN, APPELLANT.

(Nos. 2015–1247 and 2015–1335—Submitted
April 20, 2016—Decided July 11, 2016.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Klembus*, 146 Ohio St.3d 84, 2016-Ohio-1092, 51 N.E.3d 641.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

———————

Dennis Watkins, Trumbull County Prosecuting Attorney, and LuWayne Annos, Assistant Prosecuting Attorney, for appellee.

DeGenova & Yarwood, Ltd., Ronald D. Yarwood, and Edward A. Czopur, for appellant.